JONES *v.* CHAPMAN.

JONES
v.
CHAPMAN.

If, in an action of slander, the words be proved to have been spoken affirma-
tively as they are laid, the charge is supported, though it appear that they
were spoken in answer to a question put by a third person, unless it also
appear that the plaintiff caused the question to be put in order to procure
a cause of action.

If the words were spoken maliciously, or if the defendant did not believe
them to be true, the giving the name of the author did not lessen the
offence.

Words charging the plaintiff with having robbed the *U. States'* mail are ac-
tionable.

*Tuesday,*
*May 21.*

ERROR to the *Hancock* Circuit Court.

BLACKFORD, J.—*Chapman* sued *Jones* in an action of slan-.
der. The defendant pleaded, 1. Not guilty ; 2. Not guilty
within one year ; 3. That the defendant had heard the words
from a third person ; and that the defendant, when he re-
peated them, gave his author. To the second plea, the
plaintiff replied by denying it ; and to the third, that the
words were spoken falsely and maliciously. Verdict for
the plaintiff. The defendant moved for a new trial, but the
motion was overruled, and judgment rendered on the verdict.

On the trial, the defendant asked the Court to instruct the
jury that if the words were spoken in answer to a question
put by the witness, they would not support the action. This
instruction was rightly refused. If the words charged were
proved to have been spoken *affirmatively* as they were laid,
the charge was supported. That they were spoken in an-
swer to a question put by a witness could make no difference;
unless the plaintiff caused the question to be put for the pur-
pose of procuring a cause of action, which is not pretended
in this case. *Yeates et ux.* v. *Reed et ux.* 4 Blackf. 463.

The Court instructed the jury that if the words were
spoken out of malice, or if the defendant did not believe
them to be true, the giving the name of the author did not
lessen the offence. This instruction is unobjectionable.
*Crane* v. *Douglass,* 2 Blackf. 195.—*M'Pherson* v. *Daniels,*
10 Barn. & Cress. 263.—*Ward* v. *Weeks,* 7 Bingh. 211.

It is contended that the words are not actionable. The
words charged and proved, *inter alia,* were, that the plain-
tiff had robbed the *United States'* mail. There can be no
doubt but that these words are actionable. To steal from

the *United States'* mail any letter, &c. is made an indictable offence by statute. Gord. Dig. 3612. The words spoken amount to a charge of that offence.

May Term, 1839.

*Per Curiam.*—The judgment is affirmed with costs.

C. *Fletcher* and O. *Butler*, for the plaintiff.

P. *Sweetser*, for the defendant.